IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10736
Summary Calendar

_____

TERRY M. EDWARDS,

                                        Plaintiff-Appellant,

versus

JOHN J. CALLAHAN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:93-CV-072
- - - - - - - - - -
May 8, 1997

Before REAVLEY, JONES and STEWART, Circuit Judges.

PER CURIAM:*

        Terry M. Edwards appeals the district court's order affirming the decision of the Commissioner of Social Security (Commissioner) denying Edwards' claim for supplemental security income and disability benefits.  42 U.S.C. § 405(g).  Edwards' argues that the administrative law judge (ALJ) erred in finding that his above the elbow left arm amputation does not meet or

_____

        * Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

equal a listed impairment and that the ALJ erred in failing to consider the combined effect of his physical and non-exertional impairments.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Edwards v. Chater, No. 7:93-CV-072-A (N.D. Tex. April 19, 1996).

AFFIRMED.